**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

GEORGE DOUGLAS METZ, II,

    Plaintiff,

v.                                           Case No: 8:19-cv-2818-T-30AEP

RON LEVY,

    Defendant.
_____

## **ORDER**

THIS CAUSE comes before the Court on Defendant Ron Levy's Motion to Dismiss (Dkt. 19) and Plaintiff's Response in Opposition (Dkt. 20). Upon review of the motion, response, and being otherwise advised in the premises, the Court grants the motion and dismisses the action with prejudice.

## **DISCUSSION**

The Court discussed the facts of this case in its prior Orders on Levy's motions to dismiss (Dkts. 10, 17). In summary, pro se Plaintiff George Douglas Metz, II filed this action alleging violations to his constitutional rights related to being "trespassed" while he attempted to videotape the TSA security checkpoint at the St. Petersburg/Clearwater International Airport.

In two prior Orders the Court dismissed the complaint as a shotgun pleading. The Court warned Metz that he had a final opportunity to fix the pleading deficiencies. Rather than heed the Court's advice, however, the second amended complaint is now more confusing.

All facts and claims against all Defendants are still comingled. Also, Metz resurrected his previously abandoned claims for declaratory relief and other unidentified, pendent state-law claims. The only other difference in the second amended complaint from Metz's earlier failed efforts is his inclusion of a trespass claim against Levy. Accordingly, this action must be dismissed with prejudice because the second amended complaint remains deficient for the reasons previously stated.

    It is therefore ORDERED AND ADJUDGED that:

1.     Defendant Ron Levy's Motion to Dismiss (Dkt. 19) is granted.

2.     The Second Amended Complaint (Dkt. 18) is dismissed with prejudice.

3.     The Clerk of Court is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this August 25, 2020.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record